## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**DUSTIN DOMINGO,**

CASE NO: **1:22–CV–00487–AWI–SAB**

v.

**UNDERGROUND CONSTRUCTION CO., INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/19/2022**

**Keith Holland**
Clerk of Court

ENTERED: **August 19, 2022**

by: /s/ S. Martin–Gill
Deputy Clerk